IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:06-CR-73 |
| ) | (PHILLIPS/SHIRLEY) |
| V. ) | |
| ) | |
| LAWANNA BROCK, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the district court as may be appropriate. This cause came before the undersigned on September 22, 2006 for a motion hearing on the government's Motion to Take Deposition [Doc. 12], filed on August 31, 2006. Assistant United States Attorney Cynthia F. Davidson was present representing the government. Attorney Daniel D. Warlick was present representing Defendant Rondal Brock, who was also present. Attorneys W. Thomas Dillard and Wade V. Davies were present representing Defendant Lawanna Brock, who was also present.

In light of the new November 15, 2006, trial date set in this matter, the government's Motion to Take Deposition [Doc. 12] is **DENIED AS MOOT**. If the government later determines that a deposition of Carey Cunningham Wilson is required in this matter, the government may renew its motion at that time.

**IT IS SO ORDERED.**

ENTER:

<u>   s/ C. Clifford Shirley, Jr.   </u>
United States Magistrate Judge