# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAWANNA BROCK, and ) <br> RONALD BROCK, ) <br> ) <br> Defendants. ) <br> ) | No. 3:06-CR-73 <br> (PHILLIPS/SHIRLEY) |

## ORDER

There being no timely objection by defendants, see 28 U.S.C. 636(b)(1), and the Court being in complete agreement with the Magistrate Judge, the Report and Recommendation [Doc. 64] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on January 9, 2007, is hereby **ACCEPTED IN WHOLE** whereby defendants' motion to dismiss superceding indictment on basis of constitutional and procedural insufficiencies [Doc. 44] is **DENIED**.

                           **ENTER:**

                           s/Thomas W. Phillips
                           United States District Judge