UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-73 |
| | ) | (PHILLIPS/SHIRLEY) |
| LAWANNA BROCK, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court for consideration of Defendant LaWanna Brock's Motion to Continue Trial [Doc. 69] filed March 13, 2007.

Defendant's Motion to Continue Trial [Doc. 69] requested a continuance due to a scheduling conflict of Wade Davies, Defendant's counsel. On March 15, 2007, Wade Davies informed the Court that said conflict no longer existed. Accordingly, Defendant filed a Motion to Withdraw the Motion to Continue [Doc. 70], stating that the scheduling conflict had been remedied and that no continuance was necessary at this time.

Therefore, Defendant's Motion to Withdraw Motion to Continue Trial **[Doc. 70]** is **GRANTED** and Defendant's Motion to Continue Trial **[Doc. 69]** is **DENIED as moot**. The trial will commence before the Honorable Thomas W. Phillips on **April 10, 2007, at 9:00 a.m.**

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge