# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:06-CR-73 |
| | ) | (PHILLIPS) |
| LAWANNA BROCK, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court upon defendant's motion to seal sentencing memorandum [Doc. 125]. Defendant asserts that the pleading contains sensitive information to the case, which is disclosed to the Court to aid in the administration of justice, but if disclosed to the public, would unduly prejudice the defendant. For good cause stated, defendant's motion to seal sentencing memorandum [Doc. 125] is **GRANTED**.

IT IS SO ORDERED.

ENTER:

s/ Thomas W. Phillips
UNITED STATES DISTRICT JUDGE